UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-63 |
| | JUDGE Watson |
| v. | INFORMATION |
| OMORUYI O. UWADIAE, | 18 U.S.C. §§ 2261A(2) and 2261(b)(5)<br>18 U.S.C. § 875(d)<br>18 U.S.C. §§ 1028(a)(7), (b)(2), (c)(3)(A) |
| | FORFEITURE ALLEGATIONS |

**THE UNITED STATES ATTORNEY CHARGES:**

All dates and times in this Information are alleged to be "on or about," "in and around," or "through and including" the specific dates stated.

### GENERAL ALLEGATIONS

At all times relevant to this Information:

1. Defendant **OMORUYI O. UWADIAE** was a resident of the State of Washington.

2. Defendant **OMORUYI O. UWADIAE** regularly engaged in work-related and personal travel to the Southern District of Ohio.

3. Defendant **OMORUYI O. UWADIAE** engaged in a cyberstalking and extortion scheme involving multiple victims. He perpetrated his criminal scheme by obtaining sexually explicit photographs and videos from potential victims. Defendant **OMORUYI O. UWADIAE** also commonly obtained personal information about the victims, such as the victims' names, employment information, and photographs, as well as information about the victims' friends, family members, employers, and acquaintances.

4. After obtaining the sexually explicit photographs and videos from potential victims, Defendant **OMORUYI O. UWADIAE** threatened to distribute the photographs and videos widely on the internet and specifically to the victims' friends, family members, employers, and acquaintances. Defendant **OMORUYI O. UWADIAE** demanded money or sex from some victims. From other victims, Defendant **OMORUYI O. UWADIAE** demanded they make damaging admissions, such as admissions that the victims were racist. Threatening to distribute sexually explicit photographs and videos of a victim in exchange for money or another thing of value is commonly known as "sextortion."

5. On multiple occasions, Defendant **OMORUYI O. UWADIAE** carried through with his threats to send sexually explicit photographs and videos to the victims' friends, family members, employers, and acquaintances.

6. On multiple occasions, Defendant **OMORUYI O. UWADIAE** also carried through with his threats to widely distribute the victims' sexually explicit photographs and videos on the internet. Defendant **OMORUYI O. UWADIAE** repeatedly did so by using means of identification of the victims to create false accounts on social media and to otherwise post and cause to be posted personal information about the victims online.

### UWADIAE'S VICTIMS

7. Defendant **OMORUYI O. UWADIAE** targeted young gay men he met online. For example, he met potential victims on Grindr and other online sites. Defendant **OMORUYI O. UWADIAE** obtained their sexually explicit photographs and videos consensually, and then used the photographs and videos in furtherance of the cyberstalking and sextortion scheme. In some cases, he posted their nude images on the website Male General without their consent, and he demanded money or a thing of value to take down the images.

8. Grindr is a social networking and dating app that describes itself as being "for gay, bi, trans, and queer people."

9. Male General, or malegeneral.com, is a blog marketed to gay men containing, among other things, boards where users can post images and text.

10. Defendant **OMORUYI O. UWADIAE** victimized numerous individuals across the United States. Victims of crimes that Defendant **OMORUYI O. UWADIAE** committed in the Southern District of Ohio included Victim 1, Victim 2, Victim 3, Victim 4, Victim 5, Victim 6, Victim 7, and Victim 8.

**Victim 1**

11. Defendant **OMORUYI O. UWADIAE** communicated with Victim 1 using Snapchat on April 1, 2019. Victim 1 was 17 years old during his communications with the Defendant.

12. Defendant **OMORUYI O. UWADIAE** asked Victim 1 to send him sexually explicit images using Snapchat. Victim 1 complied.

13. After receiving the images, Defendant **OMORUYI O. UWADIAE** claimed that Victim 1 had blocked him on Snapchat. In response to that perceived slight, on April 1, 2019, Defendant **OMORUYI O. UWADIAE** demanded that Victim 1 pay him money in exchange for not sharing the sexually explicit images of Victim 1 with Victim 1's family and friends.

14. Victim 1 refused to pay.

15. Defendant **OMORUYI O. UWADIAE** began distributing the sexually explicit images of Victim 1 to multiple individuals, including Victim 1's family members, friends, classmates, and others. Defendant **OMORUYI O. UWADIAE** created a publicly viewable Facebook page using the maiden name of Victim 1's mother, and the profile photograph depicted Victim 1's face as he engaged in sexual activity with another male.

### Victim 2

16. On March 27, 2019, Defendant **OMORUYI O. UWADIAE** communicated with Victim 2 using Grindr. Defendant **OMORUYI O. UWADIAE** and Victim 2 exchanged face and nude photographs, and Victim 2 shared his cell phone number.

17. On March 27, 2019, Defendant **OMORUYI O. UWADIAE** sent Victim 2 a text message stating, "Pay me $200 and I won't post it pics, vids, number, and name online." Victim 2 did not pay.

18. On March 28, 2019, Defendant **OMORUYI O. UWADIAE** sent Victim 2 a text message stating, "$200 and I'll take it down," followed by a link to a page on Male General. Defendant **OMORUYI O. UWADIAE** had uploaded information regarding Victim 2 to Male General. Specifically, Defendant **OMORUYI O. UWADIAE** had uploaded Victim 2's name, city of residence, and Instagram handle, as well as two videos depicting Victim 2 engaged in sex acts that had been previously recorded.

### Victim 3

19. Starting on May 1, 2019, Defendant **OMORUYI O. UWADIAE** communicated with Victim 3 on Grindr and Instagram. Defendant **OMORUYI O. UWADIAE** later created several accounts on Grindr using photographs of Victim 3 and accusing Victim 3 of being a racist. For example, on June 22, 2019, Defendant **OMORUYI O. UWADIAE** shared a photograph of Victim 3 on a Grindr profile with the text, "Be careful around this guy, [Victim 3]. He's a racist." On June 28, 2019, on a different Grindr profile, Defendant **OMORUYI O. UWADIAE** shared a photograph of Victim 3 with the text, "The guy pictured is [Victim 3]. He's a racist and says black men are primal and ugly. Stay away!"

4

20. On June 21, 2019, Defendant **OMORUYI O. UWADIAE** sent messages to Victim 3 on Grindr threatening to create a fake Instagram account using photographs of Victim 3.

21. On June 21, 2019, Defendant **OMORUYI O. UWADIAE** created a fake Instagram account using the true name and true photos of Victim 3.

22. On June 22, 2019, Defendant **OMORUYI O. UWADIAE** sent Victim 3 a message asking, "did your sister tell you about your nudes I sent her? Lol."

23. On June 22, 2019, Defendant **OMORUYI O. UWADIAE** sent messages on Grindr to Victim 3 threatening to contact Victim 3's employer and tell the employer that he was a racist.

24. On June 23, 2019, Defendant **OMORUYI O. UWADIAE** sent a message on Grindr to Victim 3 stating that Defendant **OMORUYI O. UWADIAE** would leave Victim 3 alone if Victim 3 admitted he preferred white men.

### Victim 4

25. Starting on an unknown date in approximately May 2019, Defendant **OMORUYI O. UWADIAE** communicated with Victim 4 using Grindr. Defendant **OMORUYI O. UWADIAE** and Victim 4 exchanged nude photographs. Defendant **OMORUYI O. UWADIAE** and Victim 4 scheduled an in-person meeting, but Victim 4 ultimately chose not to meet.

26. On July 7, 2019, Defendant **OMORUYI O. UWADIAE** sent a message to Victim 4 on Grindr threatening to send nude images to Victim 4's friends, family, and employer, and to "expose" him unless Victim 4 communicated with Defendant **OMORUYI O. UWADIAE**.

27. On July 7, 2019, Defendant **OMORUYI O. UWADIAE** sent multiple nude photographs of Victim 4 to Victim 4. He also sent a message stating, "Small sample of whom

5

I'm sending the pics to," followed by a list of several names of Victim 4's family members. Defendant **OMORUYI O. UWADIAE** sent nude images of Victim 4 to at least one member of Victim 4's family.

28. On July 7, 2019, Defendant **OMORUYI O. UWADIAE** sent a message to Victim 4 on Grindr stating, "If I don't hear from you I'm [sic] 30 minutes I'm posting your phone number and social media handles on that site." Defendant **OMORUYI O. UWADIAE** then sent Victim 4 screenshots of nude photographs of Victim 4 on Male General, which were posted along with Victim 4's cell phone number and social media handles.

29. On July 8, 2019, Defendant **OMORUYI O. UWADIAE** sent Victim 4 a message stating that Defendant **OMORUYI O. UWADIAE** wanted to use Victim 4's photographs to "catfish someone." Defendant **OMORUYI O. UWADIAE** stated, "All I need from you is to follow him on Instagram when I say so. Then I'll leave you alone."

### Victim 5

30. Defendant **OMORUYI O. UWADIAE** communicated with Victim 5 using Grindr starting in September 2019.

31. On September 2, 2019, Victim 5 blocked the Grindr profile Defendant **OMORUYI O. UWADIAE** had been using to communicate with him.

32. On September 4, 2019, Defendant **OMORUYI O. UWADIAE** sent Victim 5 an Instagram message stating that Victim 5 needed to have sex with him or pay $200. Defendant **OMORUYI O. UWADIAE** threatened to send messages exchanged with Victim 5 to Victim 5's family in which Victim 5 stated that he was bisexual. Defendant **OMORUYI O. UWADIAE** also requested that Victim 5 stay in touch and allow Defendant **OMORUYI O. UWADIAE** to see Victim 5 and watch Victim 5 masturbate.

33. On September 4, 2019, Defendant **OMORUYI O. UWADIAE** created a false social media account using photographs of Victim 5 and stated, "this guy is gay." Defendant **OMORUYI O. UWADIAE** threatened to send messages that he had received from Victim 5 that revealed Victim 5's sexuality to his family if he did not message Defendant **OMORUYI O. UWADIAE**. Victim 5 had not told all members of his family he was gay or bisexual, which Defendant **OMORUYI O. UWADIAE** knew.

### Victim 6

34. In 2019, Defendant **OMORUYI O. UWADIAE** and Victim 6 were in communication for multiple months and met for purposes of sexual activity.

35. On November 14, 2019, Defendant **OMORUYI O. UWADIAE** accused Victim 6 of blocking him on social media, including Grindr and Snapchat. Victim 6 apologized. Defendant **OMORUYI O. UWADIAE** threatened to post nude photographs of Victim 6 on Twitter.

36. On November 14, 2019, Defendant **OMORUYI O. UWADIAE** sent Victim 6 a message on Grindr stating, "As I said if I get paid, or see you again, then everything gets deleted. Up to you." Defendant **OMORUYI O. UWADIAE** demanded $200.

37. On November 18, 2019, Defendant **OMORUYI O. UWADIAE** sent photographs and information of Victim 6 to a Twitter account called "Flakes Exposed," which regularly posted images and information of people accused of being "flakes." The Twitter account posted the photographs and information of Victim 6. The Twitter post included true photos of Victim 6, as well as a photo of male genitals that were attributed to Victim 6. The Twitter post also listed Victim 6's full name, cell phone number, and city of residence.

38. On November 18, 2019, Defendant **OMORUYI O. UWADIAE** sent Victim 6 a text message stating, "Also, it's more $500 to get me to stop." Defendant **OMORUYI O. UWADIAE** threatened to print and post nude images around Victim 6's apartment complex.

### Victim 7

39. On November 27, 2019, Defendant **OMORUYI O. UWADIAE** sent a text message to Victim 7, stating that he had complete access to Victim 7's Facebook account and that if Victim 7 did "not comply with what i want you to do I'll publish your pictures to everybody." The message contained a list of several names to whom Defendant **OMORUYI O. UWADIAE** would send the photographs. Victim 7 and Defendant **OMORUYI O. UWADIAE** had communicated sporadically via Grindr for approximately six months prior to this demand.

40. On November 27, 2019, Victim 7 asked Defendant **OMORUYI O. UWADIAE** what he wanted. Defendant **OMORUYI O. UWADIAE** replied, "I need you to go to any of these stores WALGREEN WALMART CVS 711. Get me an Ebay card worth $500, $100 each and I'll consider not carrying out with my actions. So What's it gonna be?"

41. On November 27, 2019, Defendant **OMORUYI O. UWADIAE** provided Victim 7 images of Victim 7 and a list of additional names of individuals to whom Defendant **OMORUYI O. UWADIAE** would send the images. Defendant **OMORUYI O. UWADIAE** stated, "Once you have the cards, Scratch off the silver at the back of each. Take a pic and send them right here on text individually." Victim 7 did not purchase the gift cards.

### Victim 8

42. In 2019, Defendant **OMORUYI O. UWADIAE** and Victim 8 communicated on Grindr and traded nude photographs. They also met for purposes of engaging in sexual activity. At some point, Victim 8 told Defendant **OMORUYI O. UWADIAE** he was not interested in

8

him and to stop contacting him. In response, Defendant **OMORUYI O. UWADIAE** sent harassing text messages to Victim 8 from multiple phone numbers.

43. On November 28, 2019, Defendant **OMORUYI O. UWADIAE** created a fake Grindr profile using Victim 8's first name and a photograph of Victim 8's face. The account accused Victim 8 of being racist.

44. On November 28, 2019, Defendant **OMORUYI O. UWADIAE** sent Victim 8 a text message with screenshots from Male General. Defendant **OMORUYI O. UWADIAE** said, "Tell the truth and I'll delete." Defendant **OMORUYI O. UWADIAE** wanted Victim 8 to admit he was racist. The post on Male General contained a version of Victim 8's first and last names, with numbers in place of certain letters, and city of residence, as well as nude photographs of Victim 8.

## COUNTS 1–8
## (Cyberstalking)

45. Paragraphs 1 through 44 are realleged here.

46. On each of the dates set forth below, in the Southern District of Ohio and elsewhere, Defendant **OMORUYI O. UWADIAE**, with the intent to harass and intimidate, used an interactive computer service and an electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate or foreign commerce—specifically, Grindr, Male General, Snapchat, Twitter, Facebook, Google Voice, Instagram, Pinger, TextMe, TextNow, and text messages—to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to each of the victims set forth below, or an immediate family member of that person:

| Count | Date | Victim |
|---|---|---|
| 1 | April–September 2019 | Victim 1 |
| 2 | March 2019 | Victim 2 |
| 3 | June 2019 | Victim 3 |
| 4 | July 2019 | Victim 4 |
| 5 | September 2019 | Victim 5 |
| 6 | November 2019 | Victim 6 |
| 7 | November 2019 | Victim 7 |
| 8 | November 2019 | Victim 8 |

**All in violation of 18 U.S.C. §§ 2261A(2) and 2261(b)(5).**

## COUNTS 9-15
### (Interstate Communications with Intent to Extort)

47. Paragraphs 1 through 44 are realleged here.

48. On each of the dates set forth below, in the Southern District of Ohio and elsewhere, Defendant **OMORUYI O. UWADIAE** knowingly transmitted in interstate and foreign commerce, with intent to extort from each of the persons set forth below, money and other things of value, the communications set forth below containing a threat to injure the property and reputation of the persons set forth below:

| Count | Victim | Communication | Date |
|---|---|---|---|
| 9 | Victim 2 | Threat to keep nude photographs, full name, city of residence, and Instagram handle on Male General unless Victim 2 paid $200 | March 28, 2019 |
| 10 | Victim 3 | Threat to keep multiple Grindr profiles with Victim 3's name, photograph, and accusations that he was racist, and to continue harassment unless Victim 3 admitted he preferred white men | June 21, 2019 |
| 11 | Victim 4 | Threat to send nude images to friends and family and "expose" him unless Victim 4 would speak to Defendant **OMORUYI O. UWADIAE** | July 7, 2019 |
| 12 | Victim 5 | Threat to reveal sexuality of Victim 5 to his family unless Victim 5 either had sex with Defendant **OMORUYI O. UWADIAE** or paid $200 | September 4, 2019 |
| 13 | Victim 6 | Threat to post nude images of Victim 6 online unless Victim 6 paid Defendant **OMORUYI O. UWADIAE** $500 | November 18, 2019 |
| 14 | Victim 7 | Threat to send nude images of Victim 7 to multiple individuals unless Victim 7 bought $500 in eBay gift cards and sent the card information to Defendant **OMORUYI O. UWADIAE** | November 27, 2019 |
| 15 | Victim 8 | Threat to keep nude images of Victim 8 on Male General unless Victim 8 admitted being a racist | November 28, 2019 |

**All in violation of 18 U.S.C. § 875(d).**

## COUNTS 16–22
### (Unlawful Transfer, Possession, or Use of a Means of Identification)

49. Paragraphs 1 through 46 are realleged here.

50. On each of the dates set forth below, in the Southern District of Ohio and elsewhere, Defendant **OMORUYI O. UWADIAE** did knowingly transfer, possess, and use in and affecting interstate or foreign commerce, without lawful authority, a means of identification of another person—namely, each of the individuals identified below—knowing that such means of identification belonged to an actual person, with the intent to commit and in connection with any unlawful activity that constitutes a violation of Federal law—namely, violations of 18 U.S.C. § 2261A(2), as charged in Counts 2 through 8 of this Information, as follows:

| Count | Victim | Act | Date |
|---|---|---|---|
| 16 | Victim 2 | Posting full name, city of residence, and Instagram handle on Male General. | March 28, 2019 |
| 17 | Victim 3 | Creating multiple Grindr accounts using name and photographs. | June 21, 2019 |
| 18 | Victim 4 | Posting cell phone number and social media handles on Male General. | July 7, 2019 |
| 19 | Victim 5 | Creating an Instagram account with true photographs | September 4, 2019 |
| 20 | Victim 6 | Sending photos, full name, cell phone number, and city of residence to "Flakes Exposed" Twitter account | November 18, 2019 |
| 21 | Victim 7 | Sending photos, full name, and city of residence to a Twitter account. | November 27, 2019 |
| 22 | Victim 8 | Posting full name, city of residence, and photographs on Male General. | November 28, 2019 |

All in violation of 18 U.S.C. §§ 1028(a)(7), (b)(2), (c)(3)(A).

## FORFEITURE ALLEGATION A

51. Paragraphs 1 through 48 are incorporated here.

52. Upon conviction of any of the offenses as alleged in Counts 9 through 15 of the Information in violation of 18 U.S.C. § 875, Defendant **OMORUYI O. UWADIAE** shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, including, but not limited to, a sum of money in the form of a forfeiture money judgment.

**Forfeiture notice in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

## FORFEITURE ALLEGATION B

53. Paragraphs 1 through 46, and paragraphs 49 through 50 are incorporated here.

54. Upon conviction of any of the offenses as alleged in Counts 16 through 22 of the Information in violation of U.S.C. § 1028, Defendant **OMORUYI O. UWADIAE** shall forfeit to the United States:

    a. Pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds Defendant **OMORUYI O. UWADIAE** obtained directly or indirectly, as a result of such violation, including, but not limited to, a sum of money in the form of a forfeiture money judgment; and

    b. Pursuant to 18 U.S.C. § 1028(b)(5), any personal property used or intended to be used to commit such offense, including, but not limited to a Samsung Galaxy Note 8, model SM-N950U, bearing Electronic Serial Number 358503083164682, including its contents; and an HP Laptop computer, bearing serial number 5CG9299DP3, including its contents.

**Forfeiture notice in accordance with 18 U.S.C. § 1028(b) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

## SUBSTITUTE ASSETS

55. If any of the forfeitable property described herein, as a result of any act or omission of Defendant **OMORUYI O. UWADIAE**:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, in accordance with 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b) and/or 28 U.S.C. § 2461(c), to seek forfeiture of any other property of Defendant **OMORUYI O. UWADIAE**, up to the value of the forfeitable property described herein.

                                                             KENNETH L. PARKER
                                                             UNITED STATES ATTORNEY

                                                             */s/ Peter K. Glenn-Applegate*
                                                            PETER K. GLENN-APPLEGATE (0088708)
                                                            HEATHER A. HILL (0100920)
                                                            **Assistant United States Attorneys**