**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

United States of America

    -vs-                        Case No.  2:24-CR-63

Omoruyi O. Uwadiae

_____

## NOTICE OF HEARING

TAKE NOTICE that a **Arraignment on Information and Bond Hearing** is scheduled for **May 22, 2024** at **10:00AM.** This hearing will be held before the **Honorable Norah McCann King**, United States Magistrate Judge in **Courtroom No. 220 located on the Second Floor**, Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard, Columbus, Ohio. For Arraignments on Indictment, please find attached Waiver of Appearance. **If the defendant authorizes defense counsel to enter the not guilty plea on defendant's behalf, the defendant does not need to appear, although defense counsel and the Government must appear**. For Arraignment on Information and Guilty Pleas, please see attached consent to plead guilty before a U.S. Magistrate Judge form.

Dated April 25, 2024

                                      Norah McCann King
                                      UNITED STATES MAGISTRATE JUDGE

                                      */s/ Spencer Harris*
                                      By: Spencer Harris, Courtroom Deputy
                                      614.719.3027
                                      spencer_harris@ohsd.uscourts.gov