UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

v.

Omoruyi O. Uwadiae,

Case No. 2:24-cr-63

Judge Michael H. Watson

### ORDER

There being no objections, and upon review of the Information, Plea Agreement, and Report and Recommendation of the Magistrate Judge ("R&R") the Court hereby adopts the R&R, ECF No. 8. The Court accepts Defendant's plea of guilty to Counts 1-22 of the Information, and he is hereby adjudged guilty on those counts. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT