# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Plaintiff, | : | CASE NO. 2:24-CR-63 |
| | : | |
| v. | : | JUDGE WATSON |
| | : | |
| **OMORUYI O. UWADIAE,** | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Defendant, through counsel, respectfully moves this Court for permission to move from Chicago, Illinois to Columbus, Ohio.  The reasons are stated in the attached memorandum.  The Government does not oppose this motion.

 

Respectfully submitted,

/s/ Kort Gatterdam
Kort Gatterdam (0040434)
CARPENTER LIPPS LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
E-mail: gatterdam@carpenterlipps.com

COUNSEL FOR DEFENDANT

**MEMORANDUM IN SUPPORT**

On April 22, 2024, Defendant, Omoruyi O. Uwadiae (Uwadiae) was charged by way of a bill of information with eight counts of cyberstalking, seven counts of interstate communications with intent to extort and, seven counts of unlawful transfer, possession or use of a means of identification. (R. 2, Information, PAGEID#3-16.) The information also contained two forfeiture allegations. Also on April 22, 2024, a plea agreement memorializing the parties agreements was filed. (R. 3, Plea Agreement, PAGEID#17-28.)

On May 22, 2024, Uwadiae entered guilty pleas to the twenty two count indictment before Magistrate Judge King. (R. 12, Minute Entry) Magistrate King signed an Order setting conditions of release. (R. 10, Order, PAGEID#42-47.) Magistrate King also issued a Report and Recommendation that this Court accept Uwadiae's guilty pleas. (R. 8, Report and Recommendations, PAGEID#38-40.) This Court then accepted Uwadiae's guilty pleas to Counts 1-22. (R. 15, Order, PAGEID#52.)

During the pendency of this case, Uwadiae was employed and living in Chicago, Illinois. However, when publicity of this matter occurred after his guilty plea, Uwadiae lost his job. Moreover he has had difficulty finding stable employment due to the pending case. Therefore, he can no longer afford to live in Chicago. If permitted, Uwadiae plans to live with his parents and sisters in Columbus, Ohio. Uwadiae's lease is up the end of September, 2024 therefore he seeks to move on or before the end of the month.

The Government does not object to this request. For all the foregoing reasons, Uwadiae asks that he be permitted to move from Chicago, Illinois to Columbus, Ohio with appropriate notification to this Court's pretrial reporting office and to transfer his pretrial reporting to Columbus.

Respectfully submitted,

/s/ Kort Gatterdam
Kort Gatterdam (0040434)
CARPENTER LIPPS LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
E-mail: gatterdam@carpenterlipps.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 13, 2024, he electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Peter Glenn-Applegate and Heather Hill, Assistant United States Attorneys, Counsel for Plaintiff.

/s/ Kort Gatterdam
Kort Gatterdam

916080