# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : CASE NO. 2:24-CR-63 |
| v. | : JUDGE WATSON |
| OMORUYI O. UWADIAE, | : |
| Defendant. | : |

## ORDER

Upon consideration of Defendant Omoruyi O. Uwadiae's Motion for Leave to File Documents Under Seal, and for good cause shown, the Court hereby **GRANTS** Defendant's Motion and permits Defendant to file his sentencing memorandum and attachments under seal.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON / JUDGE**
**UNITED STATES DISTRICT COURT**